## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Spaulding, having been duly sworn, depose and state:

1. I am a Detective with the Louisville Metro Police Department (LMPD), and have been employed by LMPD as a law enforcement officer for 19 years, eight of those with the Fugitive Unit. I am also a Special Deputy United States Marshal (SDUSM) with the United States Marshals Service (USMS) assigned to the Western District of Kentucky Louisville Office. As such, I am a commissioned federal law enforcement officer of the United States Marshals Service, currently assigned to the Western Kentucky Regional Fugitive Task Force in Louisville, Kentucky. Special Deputy United States Marshals are empowered under 28 U.S.C. §§ 564 & 566 to carry firearms, execute state and federal warrants, make arrests for offenses against the United States of America, and to perform other law enforcement duties as authorized by law. Since 2017, I have been a SDUSM with the U.S. Marshals Service, during which time I have specialized in investigations regarding the whereabouts of Federal and State Fugitives, most of which are violent offenders with extensive criminal histories. I have received specialized training on the conduct of and have been personally involved in such investigations. This affidavit is based upon my personal knowledge, as well as information reported to me by other federal and local law enforcement officers and others with knowledge of the facts surrounding this case.

2. This affidavit is submitted in support of a criminal complaint and an arrest warrant for Fragust FORD. The information set out herein is based on my personal knowledge as well as information shared with me by other members of law enforcement. I have not set out every fact known to me, but only those necessary to establish probable cause for issuance of a criminal complaint and arrest warrant.

3. I allege that the facts and circumstances outlined in this affidavit demonstrate probable cause to believe that prior to June 24, 2025, FORD had been convicted in any court of a crime punishably by imprisonment for a term exceeding one year, that is, a felony. On or about June 24, 2025, FORD possessed a handgun that had affected commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## BACKGROUND OF INVESTIGATION

4. On or about March 25, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the Commonwealth of Kentucky issued a warrant for the arrest of Fragust FORD for Failure to Appear on a Possession of a Handgun, Wanton Endangerment 1st Degree, and Probation Violation case (Jefferson County Circuit Court case number 22-CR001129). On April 24, 2025, the Western Kentucky Fugitive Task Force opened a fugitive investigation into the whereabouts of FORD.

5. On May 26, 2025, the Louisville Metro Police Department responded to a report of a shooting at 1631 Paton Court, Building 40, Apartment B, Louisville, Kentucky. Once on scene the Louisville Metro Police Department located a male, dead from multiple gunshot wounds. A witness stated that FORD lived in this apartment. Shell casings recovered from the scene were entered into the National Integrated Ballistic Information Network. Through the Louisville Metro Police Department's Homicide investigation, FORD was determined to be a possible suspect.

6. On October 21, 2022, FORD was convicted in Jefferson Circuit Court Case Number 22-R-001129 (Jefferson County, Kentucky), of being a felon in possession of a handgun and wanton endangerment 1st degree. Both offenses are crimes for which a person may be sentenced to more than one year in prison (*i.e.*, felonies).

7. On June 24, 2025, the Western Kentucky Fugitive Task Force was conducting surveillance in the area 1600 S 11th Street, Louisville, Kentucky. While conducting surveillance, FORD was observed exiting an apartment on Moore Court and walking towards 1600 S 11th Street, Louisville, KY. The Western Kentucky Fugitive Task Force conducted an open-air arrest of FORD. FORD was taken into custody without incident. A post-incident to arrest search was conducted. Law enforcement found a Smith & Wesson, M&P Shield 9mm handgun bearing serial number HPP4133 in FORD's front-right pant pocket. On June 24, 2025, the Louisville Metro Police Department Crime Scene Unit test fired the recovered handgun, and the casings were entered into NIBIN. The shell casings from the test fire were determined to be a match to the shell casings recovered at the murder scene on May 26, 2025.

8. On June 25, a fellow USMS Task Force member provided the details of the Smith & Wesson, M&P Shield 9mm handgun bearing serial number HPP4133 handgun to a Bureau of Alcohol, Tobacco, Firearms & Explosives' Special Agent who has received specialized training concerning the manufacturing location of firearms. The ATF Special Agent advised affiant that the Smith & Wesson, M&P Shield 9mm handgun bearing serial number HPP4133 firearm was not manufactured in the Commonwealth of Kentucky. Prior to FORD's possession of the Smith & Wesson, M&P Shield 9mm handgun bearing serial number HPP4133, it had crossed state lines and, therefore, affected commerce.

## CONCLUSION

9. Based on the above information and based on my training and experience, it is believed that Fragust FORD knowingly and intentionally possessed a firearm while being a convicted felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

10. I respectfully request an arrest warrant be issued by this Court authorizing the arrest of Fragust Ford.

        /s/ Joshua Spaulding
        Joshua Spaulding
        Detective, Louisville Metro Police Department
        Special Deputy United States Marshal

Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means this 2nd day of July 2025.

*[signature: Colin Lindsay]*

United States Magistrate Judge

KGB:JEL